UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-01949 |
|---|---|---|---|//
|  | Johnathon Byrne |||
|  | *versus* |||
|  | Michael K. Young, J. Michael Ragan<br>and John Doe Texas A&M University Police Officers #1–4 |||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Hilary P. Gerzhoy<br>Harris, Wiltshire & Grannis LLP<br>1919 M Street, NW, Floor 8<br>Washington, D.C. 20036<br>(202) 730-1342<br>DC Bar (1029908), NY Bar (5329982)<br>DC Circuit (61284), 2nd Circuit, 4th Circuit |
|---|---|

| Name of party applicant seeks to appear for: | Johnathon Byrne |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes _____ No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 5/29/2019 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:     Clerk's signature |

**Order**     This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                                         United States District Judge